FILED
NOV 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Norman E. Curfman,<br>Carole M. Curfman<br>105 South Main St<br>Mercersburg, Penn. 17236<br><br>vs,<br><br>UNITED STATES | ) CASE NO.<br>)<br>) (PLAINTIFFS DEMAND A TRIAL BY<br>) JURY OF ALL ISSUES SO TRIABLE)<br>) CASE NUMBER 1:06CV01987<br>) JUDGE: Rosemary M. Collyer<br>) DECK TYPE: Pro se General Civil<br>DATE STAMP: 11/16/2006 |

JURY ACTION

COMPLAINT FOR DAMAGES UNDER 26 U.S.C. SECTION 7431

Norman E. Curfman and Carole M. Curfman, Plaintiffs herein, complain of defendant and seek statutory and/or actual and punitive damages as follows:

I

**INTRODUCTION**

1. This is an action brought pursuant to Title 26, Section 7431 of the Internal Revenue Code for the recovery of statutory and/or actual and punitive damages caused by the intentional and/or negligent unlawful disclosure of confidential return information by Agents; C. W. Evans, Dana Perkins, Stanley J. Halerz, J. Pickering, M. Francis Evans, J. Anthony, Larry G. Dubovecky, and other unknown agents (herein agents) of the Internal Revenue Service.

2. This Court has jurisdiction for this action under Title 26, Section 7431(a)(1) of the Internal Revenue Code, Venue is proper in this Court under 28 U.S.C. §1391(e).

Norman E. Curfman et ux v. United States
Page 1 of 6

## II

## FACTS

3.    Norman E. Curfman and Carole M. Curfman are individuals who at all times material hereto resided in Pennsylvania.

4.    The aforementioned agents caused to be recorded with the County Recorder / Register of Deeds of Franklin, County, State of Pennsylvania, eleven (11) purported Notices of Tax Lien (a sample is affixed hereto. Identifying information has been excised), in amounts for which defendant has been unable to produce evidence of lawful assessment.

5.    Each purported Notice of Tax Lien entered into the public record contains multiple wrongful disclosures of "return information" as defined in law. SEE: ¶ 15, below.

6.    The wrongful disclosures of Plaintiffs' return information has caused Plaintiffs substantial mental and emotional distress.

7.    The aforementioned wrongful disclosures of Plaintiffs' return information has subjected Plaintiffs to the real possibility of identity theft.

8.    It was not necessary for said agents to place on the purported Notices of tax lien, tax return information which subjects Plaintiffs to the possibility of identity theft.

9.    The aforementioned Agent's disclosures were not in good faith or there existed no good faith in disclosure of confidential return information.

10.    A reasonable Internal Revenue Agent can be expected to know the statutory provisions governing disclosure, as interpreted and reflected in the IRS regulations and manuals. An agent's contrary interpretation is not in good faith.

11. The aforementioned Agents did not follow the dictates of section 6103 or the applicable IRS manual provisions prior to recording the purported notices.

12. On information and belief, the agents involved in this case have all received extensive "disclosure" training which is designed to preserve the integrity of the confidentiality provisions of the federal tax laws which are codifications and extensions of the basic Forth Amendment right to privacy.

III

## LEGAL AUTHORITY

13. Section 7431 of the internal revenue code provides taxpayers with a cause of action for statutory and/or actual and punitive damages against the United States in the event an officer of employee thereof makes any unlawful disclosure of "return information" in violation of Section 6103 of the Internal Revenue Code.

14. "Return Information" is required by Section 6103 to remain confidential and not be disclosed except as provided in Section 6103. There is no provision in Section 6103 providing for the disclosure of the return information contained in the aforementioned lien(s) "Return Information" is broadly defined in Section 6103(b)(2) as follows:

> a taxpayer's identity, the nature, source. or amount of his income, payments, receipts, deductions, exemptions, credits, assets, liabilities, net worth, tax liability, tax withheld, deficiencies, overassessment, or tax payments, whether the taxpayer's return was, is being, or will be examined or subject to investigation or processing, or any other data, received by, recorded by, prepared by, furnished to, or collected by the Secretary with respect to a return or with respect to the determination of the existence, or possible existence, of liability (or the amount thereof) of any person under this title for any tax, penalty, interest, fine, forfeiture, or other imposition or offense ...

15. "Taxpayer identity" is broadly defined in Section 6103(b)(6) as follows:

   The term "taxpayer identity" means the name of a person with respect to whom a return is filed, his mailing address, his taxpayer identifying number (as described in section 6109), or a combination thereof.

16. The disclosures described above are intentional and, or negligent disclosures of "return information" in violation of Section 6103, for which Plaintiffs are entitled to statutory and/or actual and punitive damages under Section 7431.

## IV

## DAMAGES

17. Internal Revenue Code section 7431 authorizes damages:

   ...in an amount equal to the sum of—
   (1) the greater of—
       (A) $1,000 for each act of unauthorized inspection or disclosure of a return or return information with respect to which such defendant is found liable, or
       (B) the sum of—
           (i) the actual damages sustained by the Plaintiff as a result of such unauthorized inspection or disclosure, plus
           (ii) in the case of a willful inspection or disclosure or an inspection or disclosure which is the result of gross negligence, punitive damages, plus
   (2) the costs of the action, plus
   (3) in the case of a Plaintiff which is described in section 7430 (c)(4)(A)(ii), reasonable attorneys fees, except that if the defendant is the United States, reasonable attorneys fees may be awarded only if the Plaintiff is the prevailing party (as determined under section 7430 (c)(4)).

18. The reprehensible and vexatious conduct of and the illegal disclosures made by the aforementioned agents and the other agents involved herein has caused Plaintiffs substantial personal embarrassment, loss of good will, loss in credit, the extent of which at this time cannot be completely and accurately ascertained but which will be more fully known after the completion of discovery. At a minimum, defendant is statutorily liable for 1,000.00 for each unauthorized disclosure by the aforementioned agents.

19. The intentionally and/or grossly negligent unlawful disclosures by said agents, and the other agents involved herein, entitles Plaintiffs to punitive damages the extent of which at this time cannot be accurately ascertained but which will be more fully known after the completion of discovery.

// //

// //

// //

// //

// //

// //

// //

// //

// //

// //

20. Based on the unlawful disclosures, Plaintiffs contend that they are entitled to the costs of the action pursuant to Section 7431(c)(2) and (3).

**WHEREFORE**, Plaintiffs request after trial of this case that judgment be entered in their favor against the United States for actual and punitive damages, the costs of this action, expungement of the aforementioned notices and such other and further relief to which Plaintiffs are entitled.

Dated _November 13_, 2006

_____          _____
Norman E. Curfman                                        Carole M. Curfman

## Acknowledgment

On the above inscribed date before the undersigned, a Notary Public for the State of Pennsylvania, personally appeared, Norman E. Curfman and Carole M. Curfman, known to me to be the persons whose names are subscribed to the within instrument, and acknowledged to me that they executed the same as their free act and deed.

_____
Notary, State of Pennsylvania

My Commission expires: _April 8 2010_

**Seal:**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Noelle Ott, Notary Public
Hamilton Twp., Franklin County
My Commission Expires Apr. 8, 2010

Member, Pennsylvania Association of Notaries

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien Under Internal Revenue Laws

Form 668 (Y)
(Rev. January 1991)

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Pittsburgh | 259207294 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer    NORMAN E CURFMAN

Residence    13630 MOLLY PITCHER HWY
             GREEENCASTLE, PA 17225

92 JUN 4 AM 10:50

IMPORTANT RELEASE INFORMATION: With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a)

*** CORRECTS ORIGINAL DATE IN COL. (e) ***

058 92-655

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/85 | ███████ | 05/26/86 | 06/25/96 | 9731.81 |

Place of Filing    Franklin Prothonotary
                   Franklin County
                   Chambersburg, PA 17201

Total $ 9731.81

Original Recording Data:
12:03   661

06 1987

This notice was prepared and signed at ___Pittsburgh, PA.___, on this,

the __31st__ day of __May__, 19__92__.

Signature _____    Title    Chief, SPf

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668 (Y) (Rev. 1-91)

FILED
NOV 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(10202)   1988-661

| Form 668(Y) | 92 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev. December 1982) | | **Notice of Federal Tax Lien Under Internal Revenue Laws** |

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Pittsburgh, PA | 258863502 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer: NORMAN E CURFMAN

Residence: 13630 MOLLY PITCHER HWY
GREEENCASTLE, PA 17225

JOHN F. GEORGE
PROTHONOTARY
BY DEPUTY

88 OCT 17 P12:0_

OFFICE OF
PROTHONOTARY
FRANKLIN COUNTY, PA

**IMPORTANT RELEASE INFORMATION:** With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/85 | ███████████ | 05/26/86 | 06/25/92 | 9731.81 |

Place of Filing:
Franklin Prothonotary
Franklin County
Chambersburg, PA 17201

Total $ 9731.81

This notice was prepared and signed at ___Pittsburgh, PA___, on this,

__12th__ day of __October__, 19__88__.

Signature: for J_____   Title: Revenue Officer  25-01-1306

Form 668(Y)
(Rev. December 1985)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien Under Internal Revenue Laws

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Pittsburgh, PA | 12912 258902709 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  NORMAN E CHURCHMAN

Residence  12630 MOLLY PITCHER HWY
GREENCASTLE, PA  17225

**IMPORTANT RELEASE INFORMATION:** With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/97 | ███████ | 04/04/99 | 05/04/09 | 20106.60 |

Place of Filing

Franklin County
Chambersburg, PA  17201

Total $  20106.60

This notice was prepared and signed at _____Pittsburgh, PA_____, on this,
the  11th  day of  April , 19 99 .

Signature  _____for R Pfister_____        Title  Revenue Officer
                                                   25-02-3109

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien.

Form 668 (Y) (Rev. 7-89)

1657 REFILE

**Department of the Treasury - Internal Revenue Service**

REFILE

## Notice of Federal Tax Lien Under Internal Revenue Laws

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Pittsburgh Recorded: 6/17/88 3:50 380 | 458820692 | 1989-870 |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**  NORMAN E & DEBORAH CUFFMAN

**Residence**  13630 MOLLY PITCHER HWY.
GREENCASTLE, PA 17225

**IMPORTANT RELEASE INFORMATION:** With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

xxx NOT APPLICABLE TO A REFILED NOTICE xxx

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/82 | ███████ | 7/23/84 | P/A | 11409.47 |

```
NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 258909840    Notice Filed At Franklin County
New Address: 425 CUMBERLAND AVENUE
                      CHAMBERSBURG         PA  17201
Signature: for J. Pickering              DATE: 11/13/89
                                         Title: Technician
```

**Place of Filing**
Franklin Prothonotary
Franklin County
Chambersburg, PA  17201

**Total** $ 11409.47

This notice was prepared and signed at _Pittsburgh, PA._, on this, the _14th_ day of _June_, 19_88_.

**Signature** /s/ S. Hiler

**Title** Revenue Officer

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Form 668(Y)** 37  
(Rev. December 1985)  
Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien Under Internal Revenue Laws

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Pittsburgh, PA | 258860329 | 1988-380 |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** NORMAN E. & DEBORAH CURFMAN

**Residence** 13630 MOLLY PITCHER HWY.  
GREEENCASTLE, PA  17225

IMPORTANT RELEASE INFORMATION: With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12-31-83 | ▇▇▇▇▇▇ | 7-23-84 | 8-22-90 | 11409.47 |
| 1040 | 12-31-86 | ▇▇▇▇▇▇ | 9-21-87 | 10-21-93 | 12963.43 |

**Place of Filing**  
Franklin Prothonotary  
Franklin County  
Chambersburg, PA  17201

**Total** $ 24372.90

This notice was prepared and signed at Pittsburgh, PA, on this,

11th day of June, 19 88.

**Signature** for S. Ha[...] 25-01[...]

**Title** Revenue Officer

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668(Y) (Rev. 12-85)

Form 668(C)
(Rev Feb. 1983)

**Department of the Treasury - Internal Revenue Service**

# Notice of Federal Tax Lien Under Internal Revenue Laws

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Pittsburgh, PA | | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**  Norman E. Curfman

**Residence**  13630 Molly Pitcher Hwy.
Greencastle, PA  17225

IMPORTANT RELEASE INFORMATION: With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12-31-83 | ████████ | 07-23-84 | 08-22-90 | 11,394.97 |

**Place of Filing**
Prothonotary
Franklin County
Chambersburg, PA 17201

**Total**  $ 11,394.97

This notice was prepared and signed at 1601-11th Ave., Altoona, PA 16601, on this, the 30th day of Oct. 19 84.

Signature: Stanley J. Haley

**Title**  Revenue Officer

NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien. Rev. Rul. 71-466, 1971-2 C.B. 409

| Form 668 (Y) (c) (Rev. October 1993) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | OFFICE OF PROTHONOTARY ... COUNTY, PA |
|---|---|---|---|
| **District** Pittsburgh | **Serial Number** | | **For Optional Use by Recording Office** OCT 25 AII: 43 |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

... L. BEARD
PROTHONOTARY
BY DEPUTY

DSB 1996-251

**Name of Taxpayer** CHOPNER ... CUREMAN

**Residence** 17630 MOLLY PITCHER HWY
GREENCASTLE, PA  17225

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/92 | ███████ | 01/26/96 | ... | ... |

NOTICE OF FEDERAL TAX LIEN REFILED
Serial No: 252402008  Notice Filed At: Franklin County
New Address: 235 CUMBERLAND AVENUE
CHAMBERSBURG  PA  17201
DATE: 02/21/06
Signature for T. Pickering  Title: ...

**Place of Filing**
Franklin Prothonotary,
Franklin County
Chambersburg, PA  17201

**Total** $ ...

This notice was prepared and signed at _____Pittsburgh, PA_____, on this,
the ____17th____ day of ____October____, 19__95__.

**Signature** /s/ Dana Perkins     **Title** 60508

Form 668 (Y)
(Rev. October 1993)

Department of the Treasury - Internal Revenue Service  DSD 1995-150

## Notice of Federal Tax Lien

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Pittsburgh | 259510054 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** NORMAN E CURFMAN

**Residence** 13630 MOLLY PITCHER HWY
GREEENCASTLE, PA 17225

95 FEB 9

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

*** CORRECTS ORIGINAL DATE IN COL. (e) ***

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/87 | ▬▬▬▬▬ | 04/04/89 | 05/04/99 | 20106.60 |

| Place of Filing | | |
|---|---|---|
| Franklin Prothonotary<br>Franklin County<br>Chambersburg, PA  17201 | Total | $ 20106.60 |

Original Recording Data:
1:12   288

This notice was prepared and signed at __Pittsburgh, PA._____, on this,

the __05th__ day of __February__, 19 __95__.

| Signature | Title | Chief, SPf |
|---|---|---|

5297D

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668 (Y) (Rev. 10-93)

Form **668 (Y)**
(Rev. January 1991)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien Under Internal Revenue Laws

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
|  |  |  |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**  

**Residence**  

**IMPORTANT RELEASE INFORMATION:** With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a). *** CORRECTS ORIGINAL DATE IN COL. (e) ***

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/84 |  | 09/21/87 | 10/21/97 | 12963.43 |

Place of Filing: Franklin Prothonotary
Franklin County
Chambersburg, PA 17201

Total $ 12963.43

Original Recording Data:

This notice was prepared and signed at Pittsburgh, PA., on this,
the ____ day of ____

Signature  Title

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien)

| Form 668 (Y) (c) | Department of the Treasury - Internal Revenue Service |
|---|---|
| (Rev. August 1997) | **Notice of Federal Tax Lien** |

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| | | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**

**Residence**

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| | | | | | |

**Place of Filing**

Total $

This notice was prepared and signed at _____, on this

the _____ day of _____, _____.

| Signature | Title |
|---|---|
| | |

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466 1971-2 C.B. 409)

PART 3 - TAXPAYER'S COPY

Form 668 (Y) (c) (Rev. 8-97)
CAT NO

Form 668 (Y) (c) 499
(Rev. October 1993)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| District | Serial Number |
|---|---|
| PENNSYLVANIA | 233720030 |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

* This Notice of Federal Tax Lien has been filed as a matter of public record.

* IRS will continue to charge penalty and interest until you satisfy the amount you owe.

* Contact the District Office, Collection Division for information on the amount you must pay before we can release this lien.

* See the back of this page for an explanation of your Administrative Appeal rights.

**Name of Taxpayer**  NORMAN CHAPMAN

**Residence**  6947 FAIRWAY DR E
FAYETTEVILLE, PA  17222-9408

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12-31-90 | ███████ | ██████ | ██████ | |
| 1040 | 12-31-93 | ███████ | ██████ | ██████ | |

**Place of Filing**

Franklin Prothonotary
Franklin County
Chambersburg, PA  17201

Total $ 

This notice was prepared and signed at ___Pittsburgh, PA___, on this, the ___25th___ day of ___November___, 19___97___.

| Signature | Title |
|---|---|
| | Revenue Officer |

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 — Taxpayer's Copy       Form 668 (Y) (c) (Rev. 10/93)

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

F
06-1987
RMC

## I (a) PLAINTIFFS
Norman E. Curfman
Carole M. Curfman

## DEFENDANTS
United States

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Norman E. Curfman
105 South Main St.
Mercersburg, PA  17236
(717) 491-1691

CASE NUMBER  1:06CV01987
JUDGE: Rosemary M. Collyer
DECK TYPE: Pro se General Civil
DATE STAMP: 11/16/2006

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- 3 Federal Question (U.S. Government Not a Party)
- ⊙ 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ⊙ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Claim for damages for unauthorized disclosure, pursuant 26 USC 7431

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $** _____   Check YES only if demanded in complaint   **JURY DEMAND:** YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY** N.F.   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

**DATE** 11.16.06   **SIGNATURE OF ATTORNEY OF RECORD** [signature]

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.