AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Columbia _____

Norman E. Curfman and Carole M. Curfman

V.

UNITED STATES ~~~~~~~

**SUMMONS IN A CIVIL ACTION**

CASE

CASE NUMBER 1:06CV01987

JUDGE: Rosemary M. Collyer

DECK TYPE: Pro se General Civil

DATE STAMP: 11/16/2006

TO: (Name and address of Defendant)

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S  *Pro se*  (name and address)

Norman E. Curfman + Carole Curfman
105 South Main St.
Mercersburg, PA 17236
(717) 491-1691

RECEIVED

DEC 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

NOV 16 2006
DATE

(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) DEC 11 2006    C. Date of Delivery |
| 1. Article Addressed to:<br>Civil Process Clerk<br>Kenneth L. Wainstein<br>United States Attorney<br>District of Columbia<br>501 3rd Street NW<br>Washington, District of Columbia 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☒ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1350 0001 8014 4451 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE November 30, 2006 |
| NAME OF SERVER (PRINT) Robert W. Rhodes III | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  7004 1350 0001 8014 4451

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Nov. 30, 2006          Robert W. Rhodes III
              Date                    Signature of Server

P.O. Box 355 Mercersburg, PA. 17236
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.