UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NORMAN E. CURFMAN,** *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>**UNITED STATES OF AMERICA,**  )<br>)<br>Defendant.  )<br>) | Civil Action No. 06-1987 (RMC) |

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss the complaint. Plaintiffs Norman E. Curfman and Carole M. Curfman are advised of the following. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is hereby

**ORDERED** that Plaintiffs shall respond to Defendant's Motion to Dismiss [Dkt. #4] by **March 9, 2007**. If they do not respond by that date, the Court will treat the motion as conceded and may dismiss the complaint against the movant or the case in its entirety.

**SO ORDERED**.

Signed: February 9, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge