# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
|   |   |
|---|---|
| **NORMAN E. CURFMAN and**<br>**CAROLE M. CURFMAN,** | ) ) ) |
|  | ) |
| **Plaintiffs,** | ) |
|  | ) |
| **v.** | )    **Civil Action No. 06-1987 (RMC)** |
|  | ) |
| **UNITED STATES OF AMERICA,** | ) |
|  | ) |
| **Defendant.** | ) |
| _____ | ) |

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss the Complaint for lack of subject matter jurisdiction, or in the alternative, for failure to state a claim upon which relief can be granted.    For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, the Complaint is dismissed for failure to state a claim upon which relief can be granted.    Accordingly, it is hereby

**ORDERED** that Defendant's Motion to Dismiss [Dkt. #4] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**[1]; and it is

**FURTHER ORDERED** that all pending motions are **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is closed.  This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
DATE: July 10, 2007            United States District Judge

_____

[1]  The Court's dismissal of this case with prejudice does not foreclose Plaintiffs from bringing suit under § 7433, if they exhaust administrative remedies.